## Case No. 22.

### The ACACIA.

#### District Court, D. Massachusetts.

SALVAGE—WHO MAY BE SALVORS—SALVAGE SERVICE BY STEAMER.

[Cited in 2 Par. Shipp. & Adm. 275, to the point that salvage service performed by a steamer, is no less a salvage service, because she can do it with more safety to herself than a sailing vessel could.]

[NOTE. Nowhere reported; opinion not now accessible.]